Fill in this information to identify the case:
- Debtor name: **RMDR Investments, Inc**
- United States Bankruptcy Court for the: **EASTERN DISTRICT OF LOUISIANA**
- Case number (if known): **16-12698**

☒ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| 429 Bourbon Street, LLC<br>600 Canal St.<br>New Orleans, LA 70130 | | Dispute with landlord | Disputed | | | $1,266,000.00 |
| Capital Premium Financing<br>12235 South 800 East<br>Draper, UT 84020 | | Insurance | | | | $1,058.91 |
| City of N.O. Dept. of Finance<br>1300 Perdido St.<br>Rm 3E06<br>New Orleans, LA 70112 | | Taxes | | | | $4,204.00 |
| City of N.O. Dept. of Finance<br>1300 Perdido St.<br>Rm 3E06<br>New Orleans, LA 70112 | | Sales and Use Tax | | | | $4,204.00 |
| Cox Communications<br>P.O. Box 919292<br>Dallas, TX 75391-9292 | | Cable, internet, phone | | | | $620.87 |
| Entergy<br>P.O. Box 8106<br>Baton Rouge, LA 70891-8106 | | utilities | | | | $2,340.71 |
| First Insurance Funding<br>450 Skokie Blvd Suite 1000<br>Northbrook, IL 60062 | | insurance financing | | | | $2,047.04 |

| Debtor | RMDR Investments, Inc | Case number (if known) | 16-12698 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Humana Insurance<br>P.O. Box 7400021<br>Louisville, KY 40201 | | Employee Health Insurance | | | | $3,284.70 |
| IESI Waste Services (Progressive Waste)<br>500 Seven Oaks Blvd<br>Westwego, LA 70094 | | Waste disposal | | | | $683.91 |
| IRS<br>DEPT OF TREASURY<br>OGDEN, UT 84201 | | Taxes | | | | Unknown |
| Jack Teitelbaum<br>2208 North West 162nd Terrace<br>Hollywood, FL 33028 | | wages | | | | $500.00 |
| JD Edge<br>4429 South Tonti Street<br>New Orleans, LA 70125 | | wages | | | | $410.00 |
| Jeremy Pugh<br>1828 Hampton Drive<br>Harvey, LA 70058 | | wages | | | | $440.00 |
| Joseph Mott<br>938 Jourdan Avenue<br>New Orleans, LA 70117 | | wages | | | | $390.00 |
| Kean Miller<br>909 Poydras St.<br>Suite 3600<br>New Orleans, LA 70112 | | Attorney Fees | Disputed | | | $90,000.00 |
| Ken Garces<br>920 Vanderbilt Lane<br>Kenner, LA 70065 | | wages | | | | $500.00 |
| Louisiana Department of Revenue<br>P. O. Box 66658<br>Baton Rouge, LA 70896-9988 | | Income Tax | | | | $4,612.00 |
| Louisiana Department of Revenue<br>P. O. Box 66658<br>Baton Rouge, LA 70896-9988 | | Sales and Use Tax | | | | $4,612.00 |

Debtor **RMDR Investments, Inc**
Name

Case number *(if known)* **16-12698**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert Jason Villarreal**  828 Royal St #259  New Orleans, LA 70116 | | wages | | | | $475.00 |
| **Sewarage and Water Board**  625 Saint Joseph Street  New Orleans, LA 70165 | | Utilities | | | | $1,613.76 |