UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE

**RMDR INVESTMENTS, INC.**

DEBTOR

**BANKRUPTCY NO. 16-12698
SECTION "B"
SMALL BUSINESS CHAPTER 11**

## ORDER OF DISMISSAL

Considering the hearing scheduled for January 4, 2017 on the motion to dismiss filed by the Debtor **(P-80)**, proper notice having been given and no objections having been filed,

**IT IS ORDERED** that the motion to dismiss case is granted and the case is **DISMISSED.**

**IT IS FURTHER ORDERED** that within fourteen (14) days of the entry of this order the debtor shall file with the United States Trustee an affidavit indicating the amount of disbursements made by the debtor for each quarter and pay to the United States Trustee the quarterly fees pursuant to 28 U.S.C. Section 1930 (a)(6).

**IT IS FURTHER ORDERED** that should the Debtor(s) fail to comply with the foregoing orders, citation for contempt and/or sanctions may be issued.

**IT IS FURTHER ORDERED** that the stay resulting from the filing of the voluntary petition be and it hereby is **SET ASIDE AND VACATED.**

New Orleans, Louisiana, January 6, 2017.

*J. A. Brown*
_____
JERRY A. BROWN
BANKRUPTCY JUDGE